IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ANNAMALAI ANNAMALAI,

    Petitioner,

v.

G. ROSENBERG,[1]
Warden, FCI Oxford,

    Respondent.

ORDER

Case No. 24-cv-204-jdp

---

ANNAMALAI ANNAMALAI,

    Petitioner,

v.

G. ROSENBERG,
Warden, FCI Oxford,

    Respondent.

ORDER

Case No. 24-cv-205-jdp

---

Petitioner Annamalai Annamalai seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2241. Petitioner has neither paid the $5 filing fee for each case nor requested leave to proceed without prepayment of the filing fee. For these cases to move forward, petitioner must pay the $5 filing fees for each case or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than May 16, 2024. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately September 27, 2023 through the date of the petition, March 27, 2024.

---

[1] I have replaced respondent Warden Emmerich in the case caption with G. Rosenberg, the current warden of Oxford Federal Correctional Institution.

ORDER

IT IS ORDERED that:

1. Petitioner Annamalai Annamalai may have until May 16, 2024, to pay the $5 filing fee for each case (total $10.00) or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payments or a motion for leave to proceed without prepayment before May 16, 2024, I will assume that petitioner wishes to withdraw this petition.

Entered this 18th day of April, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge